No. 486. Schreiber et al., trading as Schreiber & Goldberg, v. American Safety Table Co., Inc. C. A. 2d Cir. Certiorari denied. Petitioners *pro se*. *Leon Edelson* for respondent.

No. 487. Marshall, doing business as Marshall Pipe & Supply Co., et al. v. Standard Oil Co. of Texas et al. C. A. 5th Cir. Certiorari denied. *Neth L. Leachman* for petitioners.

No. 489. Kirk Manufacturing Co. v. Caldwell Manufacturing Co. et al. C. A. 8th Cir. Certiorari denied. *Thomas E. Scofield* for petitioner.

No. 491. Tatko Brothers Slate Co., Inc v. Hannon. C. A. 2d Cir. Certiorari denied. *J. Preston Swecker, Maxwell E. Sparrow* and *William L. Mathis* for petitioner. *John C. Blair* for respondent.

No. 493. Smith v. Glikin, doing business as Beltone Hearing Center. C. A. 5th Cir. Certiorari denied. *J. Vincent Martin* for petitioner. *Will Freeman* for respondent.

No. 499. Barnes et al. v. City of Gadsden, Alabama, et al. C. A. 5th Cir. Certiorari denied. *Arthur Burns* for petitioners. *W. B. Dortch* and *John A. Lusk, Jr.* for respondents.

No. 500. Fruit Industries, Inc., v. Petty, Administratrix, et al. C. A. 5th Cir. Certiorari denied. *Robert H. Walker* and *Morris E. White* for petitioner. *R. W. Shackleford* for respondents.